IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUDIVINA GRACIA AND CELIA GRACIA, *Plaintiffs,* <br><br> VS. <br><br> MAURICE S. MCVEY AND BELFOR USA GROUP, INC., *Defendants.* | § § § § § § § § § § § <br><br> CIVIL ACTION NO. <u>1:21-cv-00058</u> |

## DEFENDANTS' FIRST AMENDED ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants, **MAURICE S. MCVEY** and **BELFOR USA GROUP, INC.**, and submits this their First Amended Original Answer to Plaintiffs' Original Petition (hereinafter referred to as "the Complaint") and for such would respectfully show as follows.

1. Defendants neither admit nor deny the allegations contained in paragraph 2 of the Complaint.

2. Defendants neither admit nor deny the allegations contained in paragraph 3 of the Complaint.

3. Defendants admit the allegations contained in paragraph 4 of the Complaint.

4. Defendants neither admit nor deny the allegations contained in paragraph 5 of the Complaint.

5. Defendants neither admit nor deny the allegations contained in paragraph 6 of the Complaint.

6. Defendants admit the allegations contained in paragraph 7 of the Complaint.

7. Defendants deny the allegations contained in paragraph 8 of the Complaint.

1

8. Defendants deny the allegations contained in paragraph 9 of the Complaint.

9. Defendants admit the allegations contained in paragraph 10 of the Complaint.

10. Defendants deny the allegations contained in paragraph 11 of the Complaint.

11. Defendants deny the allegations contained in paragraph 12 of the Complaint.

12. Defendants deny the allegations contained in paragraph 13 of the Complaint.

13. Defendants admit the allegations contained in paragraph 14 of the Complaint.

14. Defendants deny the allegations contained in paragraph 15 of the Complaint.

15. Defendants deny the allegations contained in paragraph 16 of the Complaint.

16. Defendants deny the allegations contained in paragraph 17 of the Complaint.

17. Defendants deny the allegations contained in paragraph 18 of the Complaint.

18. Defendants deny the allegations contained in paragraph 19 of the Complaint.

19. Defendants deny the allegations contained in paragraph 20 of the Complaint.

20. Defendants deny the allegations contained in paragraph 21 of the Complaint.

21. Defendants deny the allegations contained in paragraph 22 of the Complaint.

22. Defendants deny the allegations contained in paragraph 23 of the Complaint.

23. By way of further answer, if any be necessary, Defendants would further state that part or all of Plaintiffs' claimed injuries and damages, if any, did not result from any act or omission of these Defendants, but rather were the effect of pre-existing, subsequent, genetic and/or other events or conditions for which these Defendants cannot be held liable.

24. By way of further answer, if any be necessary, Defendants plead that pursuant to Section 41.0105 of the Civil Practice and Remedies Code, Plaintiffs' recovery of medical and healthcare expenses is limited to the amount actually paid by the Plaintiffs or incurred or on behalf of the Plaintiffs.

WHEREFORE, PREMISES CONSIDERED Defendants pray that Plaintiffs' Original Petition (the "Complaint") be dismissed at Plaintiffs' cost; and for such other and further relief to which Defendants may be entitled, either at law or in equity.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: /s/ D. Alan Erwin, Jr.
**D. ALAN ERWIN, JR.**
Texas State Bar #06653020
Federal I.D. #20471
ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Defendants' Amended Original Answer was served upon all counsel of record, to-wit:

Keith W. Lapeze
Taylor Shipman
Email: taylor@lapezejohns.com
**LAPEZE & JOHNS, P.L.L.C.**
601 Sawyer Street, Suite 650
Houston, Texas 77007

has been electronically filed via CMECF and forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure, on this the 28th day of December, 2022.

/s/ D. Alan Erwin, Jr.
**D. ALAN ERWIN, JR.**
Attorney at Law