Case 1:21-cv-00058   Document 29   Filed on 03/08/23 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
March 08, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| **LUDIVINA GRACIA AND CELIA GRACIA,** *Plaintiffs,* § § § § | |
| | §  CIVIL ACTION NO. **1:21-cv-00058** |
| **VS.** § § | |
| **MAURICE S. MCVEY AND BELFOR USA GROUP, INC.,** *Defendants.* § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day in the above-entitled and numbered cause, wherein **LUDIVINA GRACIA** and **CELIA GRACIA** are the Plaintiffs, and **MAURICE S. MCVEY** and **BELFOR USA GROUP, INC.** are the Defendants, came on the above-named parties, and announced and made known to the Court that all matters in controversy between them, regarding the occurrence made the subject of this suit, had been compromised and settled and the parties named above requested the Court to dismiss, with prejudice, said claims, actions and causes of action asserted by or which could have been asserted by the Plaintiffs, **LUDIVINA GRACIA** and **CELIA GRACIA**, against the Defendants, **MAURICE S. MCVEY** and **BELFOR USA GROUP, INC.**, and it appearing to the Court that all matters in controversy between the Plaintiff, **LUDIVINA GRACIA** and **CELIA GRACIA,** and Defendants, **MAURICE S. MCVEY** and **BELFOR USA GROUP, INC.**, have been compromised and settled and no further dispute exists between these parties, that these claims should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED by the Court that all claims, actions and causes of action asserted by Plaintiffs, **LUDIVINA GRACIA** and **CELIA GRACIA**, against Defendants, **MAURICE S. MCVEY** and **BELFOR USA GROUP, INC.** be, and they are hereby dismissed with prejudice as to the refiling of same.

IT IS FURTHER ORDERED, ADJUDGED and DECREED by the Court that the costs of court incurred in this proceeding be taxed against the party incurring same, for which let execution issue if not timely paid.

SIGNED this __8th__ day of ____March____, 2023.

*Fernando Rodriguez, Jr.*
JUDGE PRESIDING

AGREED TO AND APPROVED
AS TO FORM AND SUBSTANCE:

**LAPEZE & JOHNS, P.L.L.C.**
601 Sawyer Street, Suite 650
Houston, Texas 77007
TEL/ (713) 739-1010
FAX/ (713) 739-1015


By:  __/s/ Taylor Shipman w/permission__
      **KEITH W. LAPEZE**
      Texas State Bar No. 24010176
      Email: keith@lapezejohns.com
      **TAYLOR SHIPMAN**
      Texas State Bar No. 24079323
      Email: taylor@lapezejohns.com
      ATTORNEYS FOR PLAINTIFFS

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016
Email: nancyg@rofllp.com

By: _____
**D. ALAN ERWIN, JR.**
State Bar No. 06653020
Federal I.D. No. 20471
Email: aerwin@rofllp.com
ATTORNEY FOR DEFENDANTS